## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| GEOPHYSICAL SERVICE INCORPORATED | CASE NO. 3:15-cv-03045-L |
| Plaintiff, | |
| v. | |
| HUNT OIL COMPANY | |
| Defendant. | |

### NOTICE OF APPEARANCE

Stephen W. Abbott, of Prebeg, Faucett & Abbott, PLLC, hereby gives notice of his appearance as additional counsel on behalf of Plaintiff GEOPHYSICAL SERVICE INCORPORATED and requests service upon him of all pleadings and papers filed herein.

DATED: September 28, 2015

Respectfully submitted,

**PREBEG FAUCETT & ABBOTT, PLLC**

/s/ Stephen W. Abbott
Matthew J.M. Prebeg
Texas State Bar No. 00791465
Southern District Bar No. 603742
mprebeg@pfalawfirm.com
Brent Caldwell
Texas State Bar No. 24056971
Southern District Bar No. 827326
bcaldwell@pfalawfirm.com

8441 Gulf Freeway, Suite 307
Houston, TX  77017
832-742-9260 (main)
832-742-9261 (fax)

*-and-*

Joel B. Rothman (Attorney in Charge)
Fed Bar No. 2310207
joel.rothman@sriplaw.com
SCHNEIDER ROTHMAN
INTELLECTUAL
PROPERTY LAW GROUP PLLC
4651 North Federal Highway
Boca Raton, FL 33431
561-404-4350 (main)
561-404-4353 (fax)

**ATTORNEYS FOR PLAINTIFF
GEOPHYSICAL SERVICES
INCORPORATED**