IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEOPHYSICAL SERVICE INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>HUNT OIL COMPANY,<br><br>Defendant. | Civil Action No.: **3:15-cv-3045-L** |

## NOTICE OF APPEARANCE

Joel B. Rothman of Schneider Rothman Intellectual Property Law Group, PLLC hereby gives notice of his appearance as additional counsel on behalf of Plaintiff GEOPHYSICAL SERVICE INCORPORATED and requests service upon him of all pleadings and papers filed herein.

DATED September 8, 2016

Respectfully submitted,

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**

/s/ Joel B. Rothman
Joel B. Rothman
joel.rothman@sriplaw.com

4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

-And-

**PREBEG FAUCETT & ABBOTT, PLLC**

Matthew J.M. Prebeg
Texas State Bar No. 00791465
Southern District Bar No. 603742

mprebeg@pfalawfirm.com
Brent Caldwell
Texas State Bar No. 24056971
Southern District Bar No. 827326
bcaldwell@pfalawfirm.com

8441 Gulf Freeway, Suite 307
Houston, TX 77017
832.742.9260 – Telephone
832.742.9261 – Facsimile

**ATTORNEYS FOR PLAINTIFF
GEOPHYSICAL SERVICES
INCORPORATED**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, a true and correct copy of the above and foregoing was filed using the Court's Electronic Filing System and that service on known Filing Users noted below will be accomplished through electronic transmission.

/s/ Joel B. Rothman
JOEL B. ROTHMAN

Andrew R. Graben
**HILGERS GRABEN PLLC**
Rosewood court
2101 Cedar Springs Road, Ste. 1050
Dallas, TX 75201
214.842.6828 – Telephone
877.437.5755 – Facsimile
agraben@hilgersgraben.com
COUNSEL FOR DEFENDANT HUNT OIL COMPANY