IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GEOPHYSICAL SERVICE INCORPORATED,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:15-CV-3045-L** |
| **HUNT OIL COMPANY,** | § § § | |
| Defendant. | § | |

## ORDER

On August 24, 2016, the court granted Plaintiff's Motion for Leave to File Amended Complaint. In light of Plaintiff's Amended Complaint, the court **denies as moot** Defendant Hunt Oil Company's Motion to Dismiss (Doc. 13) but will allow Defendant to file an answer or other responsive pleading to Plaintiff's Amended Complaint by **October 11, 2016**.

**It is so ordered** this 19th day of September, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order - Solo Page**